IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| DANIEL CHARLES FEGELY, JR. | : | VIOLATION: 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 7, 2021, in Northampton County, in the Eastern District of Pennsylvania, defendant

**DANIEL CHARLES FEGELY, JR.,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, model SW9VE, 9mm semi-automatic pistol, bearing serial number DVZ4910, loaded with ten live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**DANIEL CHARLES FEGELY, JR.**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a Smith & Wesson, model SW9VE, 9mm semi-automatic pistol, bearing serial number DVZ4910; and

2. ten live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY

No.21-

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

## DANIEL CHARLES FEGELY, JR.

### INDICTMENT

Count

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $_____